UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RAMU K. JOHNSON,

              Plaintiff,

v.                                     Case No. 12-13268
                                     Honorable Julian Abele Cook, Jr.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.


ORDER

      This case involves a complaint by the Plaintiff, Ramu Johnson, who, in relying upon the authority of 42 U.S.C. § 405(g), asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Michael J. Hluchaniuk for evaluation. In a report on August 14, 2013, the Magistrate Judge recommended that this Court (1) deny the Commissioner's motion for summary judgment, and (2) grant in part Johnson's motion for summary judgment. The recommendation was adopted by this Court and the matter was remanded for further proceedings.

      On December 6, 2013, Johnson filed a motion for fees and costs under the Equal Access to Justice Act (ECF No. 27). The Magistrate Judge recommended that this Court (1) grant the motion and (2) award fees to Johnson in the amount of $7,775.80. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time

for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

IT IS SO ORDERED.

Date: July 14, 2014                                    s/Julian Abele Cook, Jr.
                                                       JULIAN ABELE COOK, JR.
                                                       U.S. District Judge


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 14, 2014.

s/ Kay Doaks
Case Manager

2